# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COUNTRY CASUALTY INSURANCE )
COMPANY, an insurance corporation, )
                                )     Case No. 3:11-cv-00333-LRH-VPC
         Plaintiff, )
                                )     **ORDER REGARDING**
vs. )     STIPULATION FOR DISMISSAL
                                )
RUSSELL ALTMAN, LLC., a Nevada )
Corporation; RUSSELL ALTMAN, individually, )
BENEFICIAL SOLUTIONS, LLC., a Nevada )
Corporation; WORLD HEALTH ALLIANCE )
INTERNATIONAL, INC., A Nevada Corporation; )
WORLD HEALTH ALLIANCE, INC., )
a Nevada Corporation; WORLD HEALTH )
ALLIANCE, Partnership, CHARLES VEACH, )
ZOHRA VEACH, NEIL WEBB, individuals, )
MARLENE GREGER, individual. )
                                )
         Defendants. )
_____ )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, COUNTRY COMPANIES INSURANCE, by and through their attorney of record, DAVID M. ZANIEL, Esq. and Defendants, RUSSELL ALTMAN, RUSSELL ALTMAN, LLC, BENEFICIAL SOLUTIONS, LLC, by and through their attorney of record, NANCY LORD, Esq., that the above-entitled matter be dismissed with prejudice with each of the parties to bear their own costs and fees.

/ / /

/ /

The remaining Defendants have not made an appearance in the above-entitled action.

DATED this ___16th___ day of ___March___, 2012.

DAVID M. ZANIEL, ESQ.
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Attorney for Country Companies

NANCY LORD, ESQ.
1970 N Leslie Rd, No 220
Pahrump, Nevada 89060
Attorney for Altman, et al

ORDER

IT IS SO ORDERED.

DATED this 11th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE